UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| NIKIOLAY SHULIKOV, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil No. 07-50-P-H |
| STATE OF MAINE, | ) | |
| | ) | |
| Respondent | ) | |

**PROCEDURAL ORDER**

Nikolay Shulikov has filed a 28 U.S.C. § 2254 petition challenging a 1996 conviction. He is serving a thirty-nine year sentence. However, the petition does not list a single ground. (Sec. 2254 Pet. at 6-11.) Shulikov has attached a letter from the Maine State Prison business office regarding his court ordered restitution and money card and a good time summary report, both of which have some hand written notations on them; however, I am not able to decipher the nature of petitioner's Constitutional challenge, if he has one, from these documents. Accordingly, I order Shulikov to file an amended 28 U.S.C. § 2254 petition which sets forth, in a comprehensible manner, one or more grounds that specify why he believes "he is in custody in violation of the Constitution or the laws or treaties of the United States." 28 U.S.C. § 2254(a). If Shulikov does not comply with this order by **April 27, 2007**, I will recommend that the petition be summarily dismissed.

Because his conviction and sentencing occurred over ten years ago, Shulikov is hereby put on notice that there is a one-year statute of limitation for challenging his conviction and sentence which, with very limited exceptions, runs from the date on which

2

his judgment became final by the conclusion of direct review or the expiration of the time for seeking that review. See 28 U.S.C. § 2244(d)(1). If Shulikov's conviction became final more than one year ago, his petition should also explain why he believes he falls within one of those exceptions.

*So Ordered.*

Dated March 29, 2007.                           /s/ Margaret J. Kravchuk
                                                U.S. Magistrate Judge