UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| NIKOLAY SHULIKOV, ) <br> Petitioner ) <br> v. ) <br>  ) <br> STATE OF MAINE, ) <br>  ) <br> Respondent ) | CIVIL NO. 07-50-P-H |

ORDER TO SUPPLEMENT

Nikolay Shulikov, who is presently confined at the Maine State Prison, Warren, Maine, has filed with this Court a Petition under Title 28, United States Code, Section 2254 for Writ of Habeas Corpus by a Person in State Custody. The petition was filed on March 27, 2007, and pursuant to this court's order of March 29, 2007, Petitioner file an Amended Petition on April 11, 2007, and the petitioner has been granted leave to proceed *in forma pauperis*.

The Court having reviewed the file in this matter, hereby ORDERS the Attorney General for the State of Maine to SUPPLEMENT the record in this case by providing the court with any docket entries addressing post-conviction proceedings or post-remand proceedings in this matter following the Law Court's decision in State v. Shulikov, 1998 ME 111, 712 A.2d 504. Additionally if there was a written decision in the Superior Court generated by a state court post-conviction petition, a copy of that decision should be provided to this court to further supplement the record. Finally, if Shulikov has filed any civil proceeding to challenge his good time calculations, a copy of the state court file in that

proceeding should also be provided to the court.

The State is NOT ordered to substantively answer or respond to the petition at this time, but in order for this court to complete its preliminary review pursuant to Rule 4 of the Rules Governing Section 2254 Cases, it is necessary to know if the items requested exist and to review any of those items that do exist. The State shall respond to this Order to supplement by May 1, 2007.

*So Ordered.*

Dated April 12, 2007                             /s/ Margaret J. Kravchuk
                                                 U. S. Magistrate Judge